```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**JANE DOE,**

    **Plaintiff,**

**v.**                                                 Civil Action No. 2:20-cv-19

**TIMOTHY PHILLIPS.**

    **Defendant.**

## ORDER

Pending with the Court is Plaintiff's motion to proceed pseudonymously [Dkt. No. 2]. For the reasons stated therein, the motion [Dkt. No. 2] is **GRANTED**.

It is so **ORDERED**.

The Clerk is directed to forward this Order to counsel of record and any parties via the CM/ECF system.

**Dated:** March 31, 2021.

                                                   /s/ Thomas S. Kleeh
                                                   The Honorable Thomas S. Kleeh
                                                   United States District Judge